IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:08-po-00031 |
| v. | : | |
| GALEN KNUDSON | : | ORDER FOR DISMISSAL |

Pursuant to Rule 48 (a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Ohio hereby dismisses the citation V11087561/OS52 Wrongful Introduction of Marijuana issued January 10, 2008, as to GALEN KNUDSON.

GREGORY G. LOCKHART
United States Attorney

MELISSA MILLER
Special Assistant U.S. Attorney

Leave of Court is granted for the filing of the foregoing Order of Dismissal.

DATE

HONORABLE MICHAEL R. MERZ
Chief United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon Tom Anderson, Assistant Federal Public Defender, Suite 820, 130 West Second Street, Dayton, Ohio 45402 by facsimile to 937-225-7688, this 26th day of March 2008.

Melissa T. Miller